In the Matter of the Claim of CHARLES A. WHITE, as Administrator, etc., of LEO FOLARON on Behalf of LEONARD FOLARON and ALFRED FOLARON, Minor Children of LEO FOLARON, and VICTORIA FOLARON, Alleged Dependent Mother, Respondents, against LEHIGH VALLEY RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Judicial Settlement of the Account of MARIE S. OSTERHOUDT and Another, as Administratrices, etc., of IRENE H. HOLLSTEIN, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

MARGARET McARDLE, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23581.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COUNTY OF SARATOGA and the BOARD OF SUPERVISORS OF THE COUNTY OF SARATOGA, N. Y., and the TOWNS OF STILLWATER, SARATOGA, HADLEY, MALTA, HALF MOON, WATERFORD, MOREAU, WILTON, NORTHUMBERLAND, CLIFTON PARK and DAY, and the CITY OF MECHANICVILLE, Relators, v. THE STATE TAX COMMISSION OF THE STATE OF NEW YORK and MARK GRAVES and Others, Constituting the State Tax Commission, and the CITY OF SARATOGA SPRINGS and the TOWNS OF BALLSTON, CHARLTON, CORINTH, GALWAY and MILTON, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

EDNA M. PENROSE, as Administratrix, etc., of GEORGE DRAKE PENROSE, Deceased, Appellant, v. CENTRAL NEW YORK FREIGHTWAYS, INC., and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

WILLIAM J. KELLEY, Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 58.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

HARRY S. GILES, as Administrator, etc., of STUART D. GILES, Deceased, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

CLARENCE GOFF, Appellant, v. J. MAUDE LEWIS and Others, Defendants; LEONA M. CRISP, Respondent. LEONA M. CRISP, Respondent, v. DANIEL E. TORREY; CLARENCE GOFF, Appellant; and Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Dr. ROSS B. LAUTZENHEISER, Respondent, against FOSTER-HATCH MEDICAL GROUP and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.